FILED

October 17, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.  2:06-mj-278 KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| Michael Williams, | ) | |
| | ) | |
| _____ | ) | |
| Defendant. | | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Michael Williams Case 2:06-mj-278 KJM from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

    \_\_      Release on Personal Recognizance

    \_\_      Bail Posted in the Sum of _____

    X      $50,000 Unsecured bond

    \_\_      Appearance Bond with 10% Deposit

    \_\_      Appearance Bond secured by Real Property

    \_\_      Corporate Surety Bail Bond

    X      (Other)   PTS conditions/supervision; 3rd Party custody of wife

Issued at   Sacramento, CA   on 10/17/06   at  2:58 p.m.

By   _____
         Kimberly J. Mueller,
         United States Magistrate Judge